## CRIMINAL INFORMATION SHEET

Date: __12/10/2020__

USPO: Garrett Thomas

Interpreter:   Yes   ✓ No

Case No. __20-CR-315-JED__   USA v. Latoya Lisa Dythe

Date of Arrest: __12/10/2020__   Arrested By: USMS

Judge:   MJ McCarthy   Deputy:   Tami Calico

MJ Cleary   Stacy Turner

✓ MJ Jayne   Stephanie Cope

✓ Dusty Gross

Detention Requested by AUSA

Bail Recommendation: $10,000.00   ✓ Unsecured

**Additional Conditions of Release:**

✓ a.   b. _____   p ( 1, 2, 3, 4, 5, 6 )
✓ c.   d. _____   q ( 1, 2, 3, 4, 5, 6, 7, 8 )
   e. _____   r ( 1, 2, 3, 4, 5, 6 )
✓ f.   ✓ g.   ✓ h.   ✓ i.   j.   s
   k.   l.   m.   n.   o.   t (other)

Defendant Requests Federal Public Defender/Ct. Appt. Counsel: ✓ Yes   No

Defendant's Attorney: Shannon McMurray   FPD;   Ct. Appt; ✓ Ret Counsel

AUSA: Edward Snow

**MINUTES:**

Interpreter: _____ ; ☐ Sworn

☒ Defendant appears in person for IA on: ☒ Indictment; ☐ Information; ☐ Complaint; ☐ Petition; ☐ Rule 5
   with: ☒ Ret Counsel; ☐ FPD; ☐ Ct. Appt; ☐ w/o Counsel

☐ Financial Affidavit received and FPD/CJA appointed; ☐ Present ☐ Not Present

Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5 is the true and correct legal name:**
   ☒ Verified in open court
   ☐ Corrected by interlineation to _____
      to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.
   ☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court; ☐ Defendant's Attorney to verify & advise court;

Waivers executed and filed:   ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings

☒ Bond set for $ 10,000.00 _____ ; Bond and conditions of release executed

☐ Government's Motion for Detention and Detention Hearing filed in open court

☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☒ Scheduling dates to be mailed to counsel

☐ Initial Appearance continued to: _____ at _____ a.m./p.m.

☐ Arraignment scheduled: _____ at _____ a.m./p.m.

☐ Detention Hearing scheduled: _____ at _____ a.m./p.m.

☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.

☐ Defendant remanded to custody of U.S. Marshal:   ☐ Pending further proceeding; ☐ Pending release on bond for treatment

Mot. for Detention # ___:   ☐ Granted; ☐ Denied; ☐ Moot   Mot. for Hearing # ___:   ☐ Granted; ☐ Denied; ☐ Moot

**Additional Minutes:** _____