# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br>                               Plaintiff,<br>vs.<br><br>Latoya Lisa Dythe,<br>                              Defendant(s). | Case No.: 20-cr-00315-JED-1<br><br>**SCHEDULING ORDER** |

At the direction of John E. Dowdell, Chief U.S. District Judge , it is hereby ordered that:

| | | |
|---|---|---|
| Motions due: | 1/5/2021 | |
| Responses due: | 1/15/2021 | |
| PT/CP/Motions Hearing: | 2/4/2021 | at 1:30 p.m. |
| Voir dire, jury instructions, and trial briefs due: | 2/8/2021 | |
| Jury Trial: | 2/16/2021 | at 9:30 a.m. |

      It is further ordered that any motions for continuance that could affect the seventy (70) day deadline for commencement of trial provided for by the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq, shall specify the provision(s) of that Act pursuant to which the movant contends the requested delay may be excluded as well as the facts underlying the movant's contentions. Failure to comply with the 10th Circuit requirements for speedy trial extensions will result in denial of the motion.

                                                      Mark C. McCartt,

                                                      Clerk of Court, United States District Court


                                                      s/ A. Gifford

                                                     By: A. Gifford, Deputy Clerk