AO 442 (Rev. 10/13) Arrest Warrant

~~SEALED~~ case unsealed 12/10/2020

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

U.S. Marshals Service
2020 DEC -9  AM 8:59
N/OK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. **20 CR 315 JED** |
| LATOYA LISA DYTHE | ) | |
| *Defendant* | ) | |

FILED
DEC 1 5 2020
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____LATOYA LISA DYTHE,_____
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 – Conspiracy to Make a False Statement to a Firearms Dealer
18 U.S.C. §§ 924(a)(1)(A) and 2 – False Statement to a Firearms Dealer
18 U.S.C. § 924(a)(1)(A) and 28 U.S.C. § 2461 – Firearms Forfeiture

Date: __DEC 0 8 2020__

_____
*Issuing officer's signature*

City and state: __Tulsa, Oklahoma__

__Mark McCartt, Court Clerk__
*Printed name and title*

---

**Return**

This warrant was received on *(date)* __09 December 2020__, and the person was arrested on *(date)* __10 December 2020__
At *(city and state)* __Tulsa, OK__
Date: __10 December 2020__

_____
*Arresting officer's signature*

__B. Snyder   DUSM__
*Printed name and title*

DES/sbc